UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO POWELL, | ) CASE NO. CV 11-10464-PJW |
| | ) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| | ) |
| WARDEN CASH, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 4, 2012.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\POWELL, E 10464\Judgment.wpd